UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CECILIA ISABEL CONDOR SANDOVAL,

                   Plaintiff,

              -against-

COMMISSIONER OF SOCIAL SECURITY,

                   Defendant.
-----------------------------------------------------------X

**ORDER**

20 Civ. 6500 (PED)

**PAUL E. DAVISON, U.S.M.J.**

By Order dated June 9, 2021, in light of the Supreme Court's decision in *Carr v. Saul*, 141 S. Ct. 1352 (2021), I directed the parties "to meet and confer regarding whether this case should be remanded to the Commissioner for a new hearing before a constitutionally appointed Administrative Law Judge ["ALJ"] different from the ALJ who previously heard and adjudicated Plaintiff's claim for benefits." Dkt. #29. On July 1, 2021, plaintiff filed a letter requesting remand pursuant to *Carr* (Dkt. #32); the Commissioner does not oppose this request (Dkt. #33). Accordingly, it is hereby

**ORDERED** that this case be remanded for a new hearing before a different, properly appointed ALJ.

Dated: July 8, 2021
       White Plains, New York

**SO ORDERED:**

_____
PAUL E. DAVISON, U.S.M.J.