**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CECILIA ISABEL CONDOR SANDOVAL,

                        Plaintiff,

      -against-                                   20 **CIVIL** 6500 (PED)

                                                      **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 8, 2021, this case is remanded for a new hearing before a different, properly appointed ALJ.

**Dated:** New York, New York

       July 8, 2021

                                                           **RUBY J. KRAJICK**

                                                             **Clerk of Court**
                           **BY:**   *K. Mango*

                                                             **Deputy Clerk**